**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 17-7643**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH RAY JOHNSON,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:07-cr-00316-LMB-1)

─────────────

Submitted: March 29, 2018                    Decided: April 3, 2018

─────────────

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kenneth Ray Johnson, Appellant Pro Se. Gerard John Mene, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray Johnson appeals the district court's orders: authorizing the Bureau of Prisons to remit to the district court funds held in Johnson's trust account as payment towards court-ordered restitution; and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson*, No. 1:07-cr-00316-LMB-1 (E.D. Va. Oct. 27 & Dec. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*